UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:     Case Number 07-17040 JHW

Debtor: Roger H. LaCount

| Check Number | Creditor | Amount |
|---|---|---|
| 1715056 | Roger H. LaCount | 3,215.74 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   December 14, 2010